# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff  )<br>  )<br>v.  )<br>  )<br>GRAY TELEVISION, INC., and  )<br>QUINCY MEDIA, INC.,  )<br>  )<br>  Defendants.  )<br>_____) | Civil Case No. 1:21-cv-02041 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

J. Parker Erkmann, a member in good standing in this Court, hereby enters his appearance as counsel of record on behalf of Defendant Gray Television, Inc, in the above-captioned matter.

Dated:  July 28, 2021                                Respectfully submitted,

*/s/ J. Parker Erkmann*
J. Parker Erkmann (DC Bar# 489965)
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
perkmann@cooley.com

*Counsel for Defendant Gray Television, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Brendan Sepulveda
>D.C. Bar # 1025074
>United States Department of Justice
>Antitrust Division
>Media, Entertainment, & Communications Section
>450 Fifth St. NW, Suite 7000
>Washington, DC 20530
>Telephone:  202-316-7258
>Email:  brendan.sepulveda@usdoj.gov
>
>*Counsel for Plaintiff*

>>*/s/ J. Parker Erkmann*
>>J. Parker Erkmann

254252756 v1